**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-1555**

_____

L. RUTHER,

                Plaintiff - Appellant,

      v.

LEW'S AUTO SERVICE & SALVAGE, LLC,

                Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., District Judge.  (3:20-cv-00279-JAG)

_____

Submitted:  July 23, 2020                        Decided:  July 27, 2020

_____

Before WILKINSON, MOTZ, and RICHARDSON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

L. Ruther, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

L. Ruther appeals the district court's order dismissing his complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) (2018) and for failing to comply with the court's order. *See* Fed. R. Civ. P. 41(b). On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Ruther's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*